AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
'10 JUN -2 PM 3:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES OF AMERICA
v.
CAMERON CAMPBELL (1)

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)
Case Number: 06CR1021-BTM

EZEKIEL CORTEZ
Defendant's Attorney

**REGISTRATION NO.**   99269198

THE DEFENDANT:

X  pleaded guilty to count(s)   one and twelve

☐  was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 and 1342 | Conspiracy to Commit Wire Fraud | 1 |
| 18 USC 1343 | Wire Fraud | 12 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty on count(s) _____

X  The remaining count is dismissed on the motion of the United States.

Assessment : $200.00 payable at a rate of $3.00 per month through the inmate financial responsibility program.

X  Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

April 30, 2010
Date of Imposition of Sentence

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

Entered Date:

AO 245B (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 5

DEFENDANT: CAMERON CAMPBELL (1)
CASE NUMBER: 06CR1021-BTM

## IMPRISONMENT

X   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTY-THREE (53) MONTHS as to count 1; THREE (3) MONTHS as to count 12 concurrent to count 1 for a total of FIFTY-THREE (53) MONTHS..

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

X   The court makes the following recommendations to the Bureau of Prisons:
THAT HE SERVE HIS SENTENCE IN SOUTHERN CALIFORNIA.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____.

   ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X   by 12:00 noon on or to this court by 2:00 p.m. on July 7, 2008

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __5__

DEFENDANT: CAMERON CAMPBELL (1)
CASE NUMBER: 06CR1021-BTM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS as to each count concurrently.

### MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons unless removed from the United States.

The defendant shall not commit another federal, state or local crime.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, but not more than __2 times__ per month, unless defendant is removed from the United States.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
        Sheet 3 — Continued 2 — Supervised Release

JUDGMENT PAGE: __4__ TO __5__

DEFENDANT:    CAMERON CAMPBELL (1)
CASE NUMBER:  06CR1021-BTM

## SPECIAL CONDITIONS OF SUPERVISION

__X__   Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

__X__   Not possess firearms, explosive devices, or other dangerous weapons.

__X__   Not possess any narcotic drug or controlled substance without a lawful medical prescription.

_____   If deported, excluded, or allowed to voluntarily leave the United States, obey all laws federal, state and local and not reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; the other conditions of supervision are suspended while the defendant is out of the United States after deportation, exclusion, or voluntary departure.

_____   Participate in a program of drug and alcohol abuse treatment including testing and counseling, with at least 1 to 8 tests per month and 1 to 8 counseling sessions per month as directed by the probation officer.

__X__   Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

_____   Not enter the United States illegally.

__X__   Cooperate as directed in the collection of a DNA sample.

__x__   Provide complete disclosure of all personal and business financial records to the probation officer when requested.

__x__   Be prohibited from opening loans or lines of credit without approval of the Probation Officer.

__x__   Make restitution in the amount of $4,553,418.64 to persons listed on attached addendum in the amounts set forth therein at the rate of $500.00 per month, subject to increase or decrease as provided on the attached addendum.

_____   Complete _____ hours of community service in a program approved by the Probation Officer within _____ months.

_____   Reside in a Residential Reentry Center for a period of up to ____ days commencing upon release. This condition terminates with entry into a residential drug treatment program.

_____   Participate in a program of mental health treatment as directed by the probation officer. The Court authorizes the release of the pre-sentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant shall consent to the release of evaluations and treatment information to the probation officer and the Court by the mental health provider.

_____   Not associate with known drug traffickers or users.

__x__   Not enter Mexico without the written permission of the probation officer.

__x__   Maintain full-time employment or education or a combination of both.

_____   Participate and successfully complete a residential drug treatment program.

_____   If the defendant has complied with all conditions of Supervised Release for _____, Supervised Release may be terminated on application to the Court and good cause shown.

JUDGMENT   PAGE  5  OF  5

DEFENDANT:  CAMERON CAMPBELL (1)
CASE NUMBER: 06CR1021-BTM

## RESTITUTION

**SEE ATTACHED ADDENDUM.**

ADDENDUM                                                                                        Page 1

DEFENDANT:        CAMERON CAMPBELL
CASE NUMBER:      06CR1021-BTM
SSN:              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

RESTITUTION

IT IS ORDERED that the defendant shall pay restitution in the amount of $4,553,418.64, through the Clerk, U.S. District Court, to the victims listed below, payable forthwith or through the Inmate Financial Responsibility Program at the rate of $25 per quarter during the period of incarceration, with the payment of any remaining balance to be made following the defendant's release from prison at the rate of $500.00 per month. Distribution of restitution to the victims is to be on a pro rata basis. The monthly payments may be increased or decreased by the Court based on financial circumstances. The restitution is joint and several with defendants McCool and Manning.

| NAME OF PAYEE: | ADDRESS: | AMOUNT: |
|---|---|---|
| Aubry, Bruce | 6264 South Halm Avenue<br>Los Angeles, CA 90050 | $20,000 |
| Barcyn Financial Inc. | 1615 East Compton Boulevard<br>Compton, CA 90221 | $10,000 |
| Barker, Bill and<br>Barker, Cynthia | 2333 Olivewood<br>Mesa, AZ 85209 | $21,000 |
| Barr, James | 6903 W. Hill Lane<br>Glendale, AZ 85310 | $13,000 |
| Berg, Wayne and<br>Berg, Suzanne | 8260 E. Keats #491<br>Mesa, AZ 85208 | $103,300 |
| Bernstein, Arthur | 2763 Calais Dr.<br>Palm Beach Gardens, FL 33410 | $26,000 |
| Bond, Tommy and<br>Bond, Linda | PO Box 1347<br>Purvis, MS 39475 | $85,000 |
| Bowers, Katherine | 32 Edgemont Circle<br>Durango, CO 81301 | $ 5,000 |

DEFENDANT:     CAMERON CAMPBELL                                    Page 2
CASE NUMBER:   06CR1021-BTM
SSN:           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

| NAME OF PAYEE: | ADDRESS: | AMOUNT: |
|---|---|---|
| Briscoe, Victor | 5451 Wind Mountain Lane<br>Raleigh, NC 27613 | $10,000 |
| Buck, Fred | 972 Iris Avenue<br>Imperial Beach, CA 91932 | $12,000 |
| Callaway, Franzetta | 1231 N. East Ave.<br>Oak Park, IL 60302 | $10,000 |
| Calleros-Martinez, Elizabeth | 11225 10th Avenue<br>Hesperia, CA 92345 | $11,000 |
| Clarke, Howard | 950 Atwater Road<br>Lake Oswego, OR 97034 | $60,000 |
| Clayfield, Peter and Clayfield, Nancy | 702 Santa Maria<br>Irvine, CA 92606 | $162,250 |
| Consolidated Partners | 300 S. 25th Ave.<br>Hattiesburg, MS 39401 | $47,000 |
| Curtis, Angelina | 2044 N. Orange Ave.<br>Rialto, CA 92377 | $10,000 |
| Darrington, Vivian Pride | 2848 12th Ave.<br>Los Angeles, CA 90018 | $10,000 |
| DeLigter, Harry | 4347 Neosho Ave<br>Los Angeles, CA 90068 | $50,000 |
| Doughrity, Robert | 11129 S. Manhattan Pl.<br>Los Angeles, CA 90047 | $13,000 |

DEFENDANT:      CAMERON CAMPBELL                               Page 3
CASE NUMBER:    06CR1021-BTM
SSN:            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

| NAME OF PAYEE: | ADDRESS: | AMOUNT: |
|---|---|---|
| Downing, Patrick | 1441 S. Cape Verde Pl.<br>Tucson, AZ | $374,000 |
| Erno, Tommy | 80 Surfview Dr. #618<br>Palm Coast, FL 32137 | $ 20,000 |
| Glory to God Ministries | 68625 Perez Road<br>Cathedral City, CA 92234 | $225,000 |
| Goguen, Violet | 2783 San Marin Lane<br>Sacramento, CA 95835 | $ 34,600 |
| Grover, Craig | 1070 S. King Dr.<br>Purvis, MS 39475 | $ 25,000 |
| Guess, David and<br>Guess, Sherry | 21037 3rd Ave. S.<br>Seattle, WA 98198 | $ 21,000 |
| Guess, Neil | 21037 3rd Ave. S.<br>Seattle, WA 98198 | $  5,000 |
| Gunderson, Fern | PO Box 253<br>Holsten, IA 51025 | $ 10,000 |
| Guyot, Caesar | 529 N. Lincoln St.<br>Burbank, CA 91506 | $ 15,000 |
| Hall, Patsy | 3948 Birch Lane<br>Summit, MS 39666 | $ 65,000 |
| Hall, Carol | 3788 Birch Lane<br>Summit, MS 39666 | $ 25,000 |
| Hansen, Mary Ann | 3909 Edenhurst Ave.<br>Los Angeles, CA 90039 | $ 39,000 |

DEFENDANT:        CAMERON CAMPBELL                                    Page 4
CASE NUMBER:      06CR1021-BTM
SSN:              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

| NAME OF PAYEE | ADDRESS: | AMOUNT: |
|---|---|---|
| Harris, Kristina | 3118 Shady Springs Dr.<br>San Antonio, TX 78230 | $ 98,000 |
| Hawkins, Daryl | 13131 Avenida La Valencia<br>Poway, CA 92064 | $ 55,000 |
| Hayenga, Judy | 20811 Lassen St. #11<br>Chatsworth, CA 91311 | $ 63,000 |
| Hern, Bob | 141 Luxury Lane<br>Reno, NV 89502 | $ 36,500 |
| Hern, Paul | 2338 Mar East St.<br>Tiburon, CA 94920 | $ 49,100 |
| Hofle, Sharon and<br>Hofle, Kurt | 6435 Dante Lane<br>Albuquerque, NM 87114 | $ 62,400 |
| Horton, Alvin | 3106 Candide Lane<br>McKinney, TX 75070 | $100,000 |
| Howell, Kennedy | 126 W. 64th St.<br>Ingleood, CA 90302 | $ 10,000 |
| Kempler, Gregory | 8559 Brier Dr.<br>Los Angeles, CA 90046 | $  8,000 |
| Kosser, Roland | 2201 N. Lakewood Blvd. #D697<br>Long Beach, CA 90815 | $225,000 |
| Lamar, Clarence and<br>Lamar, Margaret | 871 Via Mindi<br>Riverside, CA 92506 | $ 20,000 |
| LeClaire, Allen and<br>LeClaire, Shirley | 8346 East Kiowa Ave<br>Mesa, AZ 85209 | $ 56,000 |

DEFENDANT: CAMERON CAMPBELL  Page 5
CASE NUMBER: 06CR1021-BTM
SSN: 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

| NAME OF PAYEE: | ADDRESS: | AMOUNT: |
| --- | --- | --- |
| Legesse, Betty | 1087 Park Circle Dr.<br>Torrance, CA 90502 | $ 8,080 |
| Lombard, Patrick | 5045 Inaglen Way<br>Los Angeles, CA 90043 | $18,000 |
| Manning, Della | 8260 E. Keats #502<br>Mesa, AZ | $ 456.94 |
| Manning, Joseph and<br>Manning Jane | 5946 E. Elmwood St.<br>Mesa, AZ 85205 | $ 31,500 |
| Manning, Michael | 800 S. Taft St.<br>Kennewick, WA 99336 | $ 13,000 |
| Manning, Robert and<br>Manning Gail | 16081 A. Deer Ridge Dr<br>Morrison, CO 80465 | $ 60,000 |
| McFarland, Stephen | 34417 55th Ave. South<br>Auburn, WA 98001 | $100,000 |
| Millender, Milbert | 3946 Welland Ave<br>Los Angeles, CA 90008 | $ 10,000 |
| Miller, John and<br>Miller, Sylvia | 600 Pearson Parkway<br>Brooklyn Park, MN | $140,307.14 |
| Miller, Mary and<br>Miller, Andrew | 235 W. 121st St.<br>Los Angeles, CA 90061 | $ 30,000 |
| Miller, Michael and<br>Miller, Christine | 55770-230th Lane<br>Aitkin, MN 56431 | $418,895.66 |
| Mims, Jerry | P.O. Box 15153<br>Hattisburg, MS 39404-5153 | $ 40,000 |

DEFENDANT:     CAMERON CAMPBELL                                     Page 6
CASE NUMBER:   06CR1021-BTM
SSN:           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

| NAME OF PAYEE: | ADDRESS: | AMOUNT: |
|---|---|---|
| Morton, Vance and Morton, Linda | 967 Iris Avenue<br>Imperial Beach, CA 91932 | $ 75,000 |
| Negrete, Edward | 15803 S. Berendo<br>Gardena, CA 90247 | $ 10,000 |
| Negrete, Philip | 29023 Fox Run Blvd.<br>Spring, TX 77386 | $ 10,000 |
| Norwood, Larry | 75 Tom Winghan Rd<br>Laurel, MS 39443 | $166,400 |
| Oberman, Seymour | 1744 Lily Pond Circle<br>Henderson, NV 89012 | $ 25,600 |
| Ortler, Gordon and Ortler, Mary | 515 Zircon Lane N.<br>Minneapolis, MN 55447 | $ 17,000 |
| Peterson, Jim and Peterson, Shirley | 7915 E. Neville Ave<br>Mesa, AZ 85209 | $272,745.55 |
| Quintana, Barbara | 3351 E. Tanglewood Dr.<br>Phoenix, AZ 85048 | $ 59,200 |
| Rachel, Carpice | 18157 Ingomar Street<br>Reseda, CA 91335 | $ 14,200 |
| Reher, Ron and Reher, Sharon | 2534 21st Ave Ct. NW<br>Gig Harbor, WA 98335 | $295,838.99 |
| Ricketts, Robert and Ricketts, Jean | P.O. Box 482<br>Fort Pierre, SD 57532 | $ 25,000 |
| Schevers, Gerard and Schevers, Lynn | 2647 South Wattlewood Ave<br>Mesa, AZ 85212 | $146,344.36 |

DEFENDANT:       CAMERON CAMPBELL                Page 7
CASE NUMBER:     06CR1021-BTM
SSN:             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

| NAME OF PAYEE | ADDRESS: | AMOUNT: |
|---|---|---|
| Schmidt, Peg | 9191 N. Hillside Drive<br>Cedar Hills, UT 84062 | $ 60,000 |
| Schmidt, Royle | 464 W. Sagebrush Street<br>Gilbert, AZ 85233 | $ 10,000 |
| Seip, Tom | 10843 East Contessa St.<br>Mesa, AZ 85207 | $ 25,000 |
| Sinclair, Stephanie | 5324 Manila Ave #5<br>Oakland, CA 94618 | $ 19,700 |
| Snead, Jon | 24925 Walnut Street #208B<br>Lomita, CA 90717 | $ 10,000 |
| Stallings, Linda J. | 1167  12th Street<br>Imperial Beach, CA 91932 | $ 50,000 |
| Taylor, Randy | 1405 S. McKinley Ave<br>Compton, CA 90220 | $ 10,000 |
| Thompson, Mary | PO Box 11684<br>Glendale, AZ 85318 | $ 21,000 |
| Wright, Steve | 15 Carmel Point Dr.<br>Laguna Beach, CA 92651 | $ 10,000 |
| Wroten, Cheryl | 1925 Loganside Drive<br>Los Angeles, CA 90047 | $ 30,000 |

**TOTAL RESTITUTION :**      **$4,553.418.64**